NOURSE & BOWLES, LLP
Attorneys for Defendant
COMPANHIA SIDERÚRGICA NACIONAL
One Exchange Plaza
at 55 Broadway
New York, NY 10006-3030
(212) 952-6200 Telephone
(212) 952-0345 Facsimile



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/09/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
DAMPSKIBSSELSKABET NORDEN A/S,

     Plaintiff,     09 Civ. 565 (AKH)
              ECF Case
- against -

COMPANHIA SIDERÚRGICA NACIONAL, **ORDER TO RE-OPEN**

     Defendant.
------------------------------------------------------X

  WHEREAS, on March 18, 2009 the Court rendered an Order approving surety bond, releasing funds under attachment, and upon filing of the surety bond, directing the Clerk to dismiss the case without prejudice and without costs; and

  WHEREAS, the Court retained jurisdiction to issue orders necessary and appropriate to secure the claims alleged in the Verified Complaint or to enforce any judgment or arbitration award; and

  WHEREAS, on March 19, 2009 the case was dismissed by the Clerk of the Court without prejudice and without Costs; and

- 2 -

WHEREAS, on November 6, 2009 the Court has decided that Companhia Siderúgica Nacional should participate in a hearing on November 17, 2009 concerning the effect of <u>The Shipping Corporation of India Ltd. v. Jaldhi Overseas Pte. Ltd.</u>, 08-3477-cv (L), 08-3758-cv (SAP) (2d Cir. Oct. 16, 2009);

IT IS HEREBY ORDERED, ADJUGED and DECREED: That this case is re-opened for the limited purpose of allowing the parties to appear at the hearing before the Court on November 17, 2009 and seek any and all permissible forms of relief.

Dated:   New York, New York
         November 9, 2009

/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
U.S.D.J.